Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00585-CR

Damian **ESCALANTE**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR8181
Honorable Mary D. Román, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  September 14, 2011

AFFIRMED

A grand jury indicted appellant, Damian Escalante, Jr., for sexual assault.  At trial, appellant appeared pro se with stand-by counsel.  The jury convicted appellant of second degree sexual assault (repeater) and assessed punishment at confinement for forty-five years.  We affirm.

## CONDUCT OF TRIAL JUDGE

In his first issue, appellant argues the trial judge committed judicial misconduct. He lists several pleadings he filed, but he does not articulate his complaint with regard to those pleadings, some of which are not in the record. "It is incumbent upon appellant to cite specific legal authority and to provide legal arguments based upon that authority." *Bell v. State*, 90 S.W.3d 301, 305 (Tex. Crim. App. 2002). Merely citing general legal doctrine is insufficient. *Id.* Accordingly, appellant's first issue is overruled.

## CONDUCT OF PROSECUTOR

In his second issue, appellant argues the prosecutor committed prosecutorial misconduct by (1) defaming appellant in the media, (2) suborning perjured testimony at trial, and (3) authorizing a wire tap. However, appellant fails to identify any evidence in the record in support of his claims. "It is a long standing principle that [appellate courts] cannot review contentions which depend upon factual assertions outside of the record." *Janecka v. State*, 937 S.W.2d 456, 476 (Tex. Crim. App. 1996). Accordingly, appellant's second issue is overruled.

## CONCLUSION

The judgment of the trial court is affirmed.

Sandee Bryan Marion, Justice

Do not publish